IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**BREWBAKER GENERAL CONSTRUCTION, INC.,**

    Plaintiff,

v.     No. 14-cv-0185 SMV/CG

**UNITED STATES OF AMERICA,**

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed its Complaint on February 26, 2014. [Doc. 1]. Pursuant to Fed. R. Civ. P. 4(m), Plaintiff had 120 days from the filing the Complaint, or until June 26, 2014, within which to effect service of process. To date, however, there is no indication on the record that service of process has been effected.

**IT IS THEREFORE ORDERED** that Plaintiff show good cause why its claims should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). Plaintiff shall file its response within 21 days of entry of this Order.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**