IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BREWBAKER GENERAL CONSTRUCTION,

      Plaintiff,

v.                                               CIV 14-0185 KG/CG

UNITED STATES OF AMERICA,

      Defendant.

## ORDER OF DISMISSAL

      This matter is before the court *sua sponte* to consider Plaintiff's failure to respond to the Court's order entered July 1, 2014, which required that Plaintiff respond to the Order to Show Cause within 21 days, or by July 22, 2014. Because Plaintiff has not responded, I find a manifest lack of interest in litigating its' claims.

      As previously noted, the Court has the inherent power to impose a variety of sanctions on litigants in order to, among other things, regulate its docket and promote judicial efficiency. *Martinez v. Internal Revenue Service,* 744 F.2d 71, 73 (10th Cir. 1984). One such sanction within the discretion of the Court is to dismiss an action for want of prosecution. *E.g., Nat'l Hockey League v. Metro. Hockey Club, Inc.,* 427 U.S. 639, 642-43 (1976); *Link v. Wabash R.R. Co.,* 370 U.S. 626, 629-302 (1962); *see also Costello v. United States,* 365 U.S. 265, 286-87 (1961) (district court may dismiss *sua sponte* for failure to comply with order of court); *United States ex rel. Jimenez v. Health Net, Inc.,* 400 F.3d 853, 855 ("dismissal is an appropriate disposition against a party who disregards court orders and fails to proceed as required by court rules.").

Wherefore,

**IT IS HEREBY ORDERED THAT** Plaintiff's Complaint is DISMISSED without prejudice, and this action is DISMISSED.

_____
UNITED STATES DISTRICT JUDGE